IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Cynthia Jones,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:11cv879

Chief Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on May 27, 2014 (Doc. 18), to whom this case was referred pursuant to 28 U.S.C. §636(b).

The Court hereby ADOPTS the Report and Recommendation and the unopposed motion for § 406(b)(1)(A) fees (Doc. 15) is **GRANTED.** Plaintiff's counsel is hereby **AWARDED** the requested $3,612.60 in fees.

IT IS SO ORDERED.

                                                      ___s/Susan J. Dlott_____
                                                      Chief Judge Susan J. Dlott
                                                      United States District Court